THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROGER D. MOSBY
ADC# 63018                                                                                            PLAINTIFF

v.                             Case No. 5:19-cv-00160-KGB-JJV

WENDY KELLEY, Director
Arkansas Department of Correction                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Roger D. Mosby's complaint is hereby dismissed without prejudice (Dkt. No. 2). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), a *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

It is so adjudged this 24th day of January 2020.

_____
Kristine G. Baker
United States District Judge